**Order entered September 9, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00861-CV

**WILLIAM GARY STAPLETON, Appellant**

**V.**

**STARFISH INVESTMENTS, LP, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-00558-2014**

## ORDER

We **GRANT** appellant's September 5, 2014 unopposed second motion for extension of time and **ORDER** the brief be filed no later than September 12, 2014. No further extensions will be granted absent exigent circumstances.

/s/     ELIZABETH LANG-MIERS
          JUSTICE